IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a California non-profit corporation; SEQUOIA FORESTKEEPER, a California non-profit corporation; HEARTWOOD, an Indiana non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a New Mexico non-profit corporation, and SIERRA CLUB, a California non-profit corporation,<br><br>                Plaintiffs,<br><br>   vs.<br><br>DEL PENGILLY, in his capacity as District Ranger, Hot Springs Ranger District, Sequoia National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; ANN VENEMAN, in her official capacity as Secretary of Agriculture; DALE BOSWORTH, in his official capacity as Chief of the U.S. Forest Service,<br><br>                Defendants. | Case No. CIV F-03-6386 JKS<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

   \_\_\_   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   _X_   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

C:\WINDOWS\Temp\notes4BF954\~7068078.frm

**IT IS ORDERED AND ADJUDGED** that 36 C.F.R. § 215.4(a), 36 C.F.R. § 215.12(f), 36 C.F.R. § 215.20(b), 36 C.F.R. § 215.10(a), and 36 C.F.R. § 215.18(b)(1) are invalid and are to be severed from the Forest Service regulations.

APPROVED:

/s/James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

| | |
|---|---|
| July 2, 2005 | Jack L. Wagner |
| Date | Clerk |
| | /s/ R. Balli |
| | (By) Deputy Clerk |

JUDGMENT IN A CIVIL CASE