MINUTES OF THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*Earth Island Inst. v. Ruthenbeck*
Case No. CIV-F-03-6386 (JKS)

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

    Plaintiffs have filed a motion to hold the Forest Service in contempt of court for violating the Court's order of July 7, 2005. The Court will follow its usual briefing schedule: Opposition must be filed and served within fifteen (15) days of service of the motion, and replies within five (5) days of service of the opposition. Defendants are therefore invited to respond to the motion on or before **Friday, August 12, 2005**. Plaintiff's reply, if any, will be due on or before **August 19, 2005**.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: July 29, 2005

\*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

C:\Documents and Settings\WHinman\Desktop\WP Doc's\F-03-6386.002.wpd