1  Matt Kenna, CO Bar # 22159
   Kenna & Hickcox, P.C.
2  679 E. 2nd Ave., Suite 11B
   Durango, CO 81301
3  Phone: (970) 385-6941
   Fax:   (970) 385-6804
4  *Pro Hac Vice*

5  Attorney for Plaintiffs Heartwood and
      Center for Biological Diversity
6

7  Barclay T. Samford (NMBN 112323)
   Trial Attorney
8  U.S. Department of Justice
   Environment & Natural Resources Div.
9  Suite 945, North Tower
   999 18th St.
10 Denver, CO 80202
   Phone: (303) 312-7362
11 Fax: (303) 312-7379

12 Attorney for Federal Defendants

13 Additional attorney contact
      information on following page
14

15
                    UNITED STATES DISTRICT COURT
16                  EASTERN DISTRICT OF CALIFORNIA

17
   EARTH ISLAND INSTITUTE, et al.,        CIV-F-03-6386-JKS-DLB
18
            Plaintiffs,                   STIPULATION TO ENLARGE TIME FOR
19                                        FILING MOTION FOR FEES AND COSTS
   v.                                     PURSUANT TO LOCAL RULE 54-293(a);
20                                        [PROPOSED] ORDER
   NANCY RUTHENBECK, et al.,
21
            Defendants.                   Date:
22                                        Time:
                                          COURTROOM:
23
                                          JAMES K. SINGLETON
24                                        UNITED STATES DISTRICT JUDGE
25
26
27
28

Additional Counsel:

Aaron Isherwood, CA Bar # 184392
Sierra Club Environmental Law Program
85 Second St., 2nd Floor
San Francisco, CA 94105-3441
Phone: (415) 977-5680
Fax: (415) 977-5793

Attorney for Plaintiff Sierra Club

Rachel M. Fazio, CA Bar # 187580
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
Phone: (530) 273-9290
Fax: (530) 273-9260

Attorney for Plaintiffs Earth Island Institute
   and Sequoia Forestkeeper

Danielle Fugere, CA Bar # 160873
Environmental Advocates
1004 O'Reilly Avenue
San Francisco, CA 94129
Phone: (415) 561-2222 x121
Fax: (415) 561-2223

Attorney for Plaintiffs Earth Island Institute
   and Sequoia Forestkeeper

McGregor W. Scott
United States Attorney
Edmund F. Brennan
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, CA 95814
(916) 554-2766

Kelly A. Johnson
Acting Assistant Attorney General
Benjamin F. Longstreth (NY Bar)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Div.
Ben Franklin Station
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 514-4353
Fax: (202) 305-0506

Attorneys for Federal Defendants

WHEREAS Civil Local Rule 54-293(a) provides that "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than thirty (30) days after entry of final judgment;"

WHEREAS the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 is the statute under which plaintiffs will seek attorneys fees and costs in this case;

WHEREAS EAJA provides that a party seeking an award of fees and other expenses may apply for them "within 30 days of final judgment in the action," and defines "final judgment" as "a judgment that is final and not appealable;"

WHEREAS the judgment in this case becomes unappealable 60 days from the time of its entry;

WHEREAS significant post-judgment activity is occurring in this case;

WHEREAS Plaintiffs seek to clarify the timing for filing an EAJA motion for fees and expenses pursuant to Local Rule 54-293(a);

NOW THEREFORE the parties stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiffs to file a motion for attorneys' fees and expenses under Local Rule 54-293(a) is hereby extended to be the same as the deadline for filing an application for fees under EAJA. By entering into this stipulation, Federal Defendants do not waive any defenses as to whether Plaintiffs are entitled to fees or costs.

Dated: August 3, 2005

                                                /s/
                              MATT KENNA
                              Attorney for Plaintiffs Heartwood and
                              Center for Biological Diversity

                              AARON ISHERWOOD
                              Attorney for Plaintiff Sierra Club

                              RACHEL M. FAZIO,
                              DANIELLE FUGERE
                              Attorneys for Plaintiffs Earth Island Institute
                                  and Sequoia ForestKeeper


                                                /s/
                              BARCLAY T. SAMFORD
                              Attorney for Federal Defendants
                              As Authorized on August 3, 2005

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/15/05

                              JAMES K. SINGLETON, JR.
                              United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 3, 2005, I emailed a copy of this document to the following:

Barclay T. Samford
U.S. Dept. of Justice
clay.samford@usdoj.gov

Benjamin Longstreth
U.S. Dept. of Justice
ben.longstreth@usdoj.gov


_____/s/_____
Matt Kenna