# MINUTES OF THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

*Earth Island Institute et al. v. Ruthenbeck, et al.*
Case No. 1:03-cv-06386-JKS

By:             THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:    ORDER FROM CHAMBERS

Judgment has recently been entered in this case by the Ninth Circuit, affirming in part and remanding in part an earlier decision of this Court. Docket No. 114. The parties are instructed to meet, confer, and submit a status report informing the Court what remains to be done in order to resolve this case and bring it to a close. If the parties are able to reach an agreement for resolving the case in accordance with the Ninth Circuit's ruling, they should prepare and submit a proposed order.

**IT IS THEREFORE ORDERED:**

A status report is due no later than Friday, July 27, 2007.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 29, 2007