# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*, | **ORDER REQUIRING** |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Case No. 1:03-cv-06386-JKS |
| NANCY RUTHENBECK, *et al.*, | |
| Defendants, | |

It is hereby ORDERED that the parties shall confer and advise the Court by September 13, 2007, of the status of this case. It is further ORDERED that if the matter has became final by that time, and the parties are able to reach an agreement for resolving the case in accordance with the Ninth Circuit's ruling, they will submit an appropriate proposed order.

IT IS SO ORDERED.

DATED this 3rd day of July 2007.

                                                 /s/James K. Singleton, Jr.
                                                 James K. Singleton, Jr.
                                                 United States District Judge