# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NANCY RUTHENBECK, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> _____ ) | **ORDER REQUIRING** <br> **JOINT STATUS REPORT** <br><br> Case No.1:03-cv-06386-JKS <br><br><br> JAMES K. SINGLETON <br> UNITED STATES DISTRICT JUDGE |

It is hereby ORDERED that the parties shall confer and advise the Court by October 15, 2007, of the status of this case. It is further ORDERED that if the matter has become final by that time, and the parties are able to reach an agreement for resolving the case in accordance with the Ninth Circuit's ruling, they will submit an appropriate proposed order.

IT IS SO ORDERED

DATED this 12th day of September 2007.

                                                  /s/James K. Singleton, Jr.  
                                                  James K. Singleton, Jr.  
                                                  United States District Judge