# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*, | **ORDER REQUIRING** |
|     Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Case No. 1:03-cv-06386-JKS |
| PRISCILLA SUMMERS, *et al.*, | |
|     Defendants, | JAMES K. SINGLETON |
| | UNITED STATES DISTRICT JUDGE |

It is hereby ORDERED that the parties shall confer and advise the Court within 15 days of a decision by the Supreme Court accepting or denying the United States' petition for certiorari in this matter. It is further ORDERED that if the matter has became final by that time, and the parties are able to reach an agreement for resolving the case in accordance with the Ninth Circuit's ruling, they will submit an appropriate proposed order.

IT IS SO ORDERED

DATED this __9th__ day of __Oct.__, 2007.

                                                          /s/James K. Singleton, Jr.
                                                        James K. Singleton
                                                        United States District Judge