# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PRISCILLA SUMMERS, *et al.*, )<br>)<br>Defendants, )<br>)<br>_____ ) | **ORDER REQUIRING**<br>**JOINT STATUS REPORT**<br><br>Case No. 1:03-cv-06386-JKS |

It is hereby ORDERED that the parties shall advise the Court within 15 days of a decision by the Supreme Court in this matter.

IT IS SO ORDERED.

Dated this the 1st day of February 2008.

                                                  /s/ James K. Singleton, Jr.
                                                  **JAMES K. SINGLETON, JR.**
                                                    United States District Judge