IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a California non-profit corporation; SEQUOIA FORESTKEEPER, a California non-profit corporation; HEARTWOOD, an Indiana non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a New Mexico non-profit corporation, and SIERRA CLUB, a California non-profit corporation,<br><br>      Plaintiffs,<br><br>      vs.<br><br>PRISCILLA SUMMERS,[1] in her capacity as District Ranger, Hot Springs Ranger District, Sequoia National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; TOM VILSAK,[2] in his official capacity as Secretary of Agriculture; ABIGAIL KIMBELL,[3] in her official capacity as Chief of the U.S. Forest Service,<br><br>      Defendants. | No. 1:03-cv-06386-JKS<br><br>ORDER |

---

[1] Priscilla Summers, District Ranger, Hot Springs Ranger District, Sequoia National Forest, is substituted for Dale Pengilly, District Ranger, Hot Springs Ranger District, Sequoia National Forest. Fed. R. Civ. P. 25(d).

[2] Tom Vilsak, Secretary of Agriculture, is substituted for Ann Veneman, Secretary of Agriculture. Fed. R. Civ. P. 25(d).

[3] Abigail Kimbell, Chief of the U.S. Forest Service, is substituted for Dale Bosworth, Chief of the U.S. Forest Service. Fed. R. Civ. P. 25(d).

At Docket No. 125 the Court of Appeals for the Ninth Circuit remanded this matter for entry of judgment in accordance with the decision of the United States Supreme Court in *Summers v. Earth Island Institute*, 555 U.S. ____, 129 S.Ct. 1142 (2009).  The decision of the Supreme Court having disposed of all remaining issues in favor of the Defendants,

IT IS THEREFORE ORDERED THAT the judgment entered in this case at Docket No. 78 is hereby VACATED.

IT IS FURTHER ORDERED THAT the complaint filed herein be, and the same hereby is, DISMISSED, in its entirety.  Plaintiffs take nothing by way thereof, and judgment be entered thereon in favor of Defendants.

The Clerk of the Court to enter final judgment accordingly and close the case.

Dated:  July 8, 2009.

                                                  /s/ James K. Singleton, Jr.
                                                   JAMES K. SINGLETON, JR.
                                                  United States District Judge